| | |
|---|---|
| DEFENDANT: | KURT VASQUEZ |
| AGE/YOB: | 1979 |
| COMPLAINT FILED? | _____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   _X_ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Counts 1 & 2:  False Statements (18 U.S.C. § 1001(a)(2) |
| | Count 3:  Obtaining a controlled substance through deceit (21 U.S.C. § 843(a)(3) and (d)(1)) |
| LOCATION OF OFFENSE: | Denver, Colorado |
| PENALTY: | Counts 1 & 2:  NMT 5 years imprisonment, NMT $250 FINE, OR BOTH, NMT 1 year supervised release; $100 Special assessment fee |
| | Count 3: NMT 4 years imprisonment, NMT $250,000 fine, or both; NMT 1 year supervised release; $100 Special assessment fee. |
| AGENT: | Christopher "Eric" Gann<br>Special Agent<br>Food and Drug Administration, Office of Criminal Investigations |
| AUTHORIZED BY: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X_ five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)([1 or 2])

The statutory presumption of detention is not applicable to this defendant.