**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cr-00067-CMA-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. KURT VASQUEZ,
,

        Defendant.

---

**NOTICE OF APPEARANCE OF COUNSEL**

---

Sean R. Dingle hereby enters his appearance as counsel for Defendant Kurt Vasquez.

Dated this 2nd day of March, 2020.

        Respectfully Submitted,

        */s/Sean R. Dingle*_____
        Sean R. Dingle
        *Attorney for Defendant Kurt Vasquez*
        *1775 Sherman Street #1650*
        *Denver CO 80203*
        Telephone: 303-953-7425
        sdingle@srd-legal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF ENTRY OF APPEARANCE** by electronically filing into the ECF system, this 2nd day of March, 2020 to the U.S. Attorney's Office.

                                                        s/Jeanne Z. Moore
                                                        Paralegal to Sean R. Dingle