AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 MAR -2 PM 2:57
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br><br>KURT VASQUEZ,<br>*Defendant* | )<br>)<br>) Case No.  20-cr-67 CMA<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kurt Vasquez
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

False Statements (18 U.S.C. § 1001(a)(2)
Obtaining a controlled substance through deceit (21 U.S.C. § 843(a)(3) and (d)(1))

Date:   2/20/2020                                             s/E. Van Alphen, Deputy Clerk
                                                                                  *Issuing officer's signature*

City and state:   Denver, Colorado                   Jeffrey P. Colwell, Clerk of Court
                                                                                  *Printed name and title*

### Return

This warrant was received on *(date)* 3/2/2020, and the person was arrested on *(date)* 3/2/2020
at *(city and state)* Denver, CO

Date:   3/2/2020                                             *[signature]*
                                                                                  *Arresting officer's signature*

                                                                                  J. KELLOGG (A)SDUSM
                                                                                  *Printed name and title*