**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cr-00067-CMA-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  KURT VASQUEZ,
,

        Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

        COMES NOW, the undersigned, Sean Dingle, counsel for Defendant Kurt Vasquez (hereinafter "Defendant"), and pursuant to D.C. Colo LAttyR 5(b), hereby moves for entry of an order permitting him to withdraw as counsel for Defendant.  As grounds therefore:

        1.    Undersigned counsel entered his appearance on behalf of Defendant Kurt Vasquez on March 2, 2020.

        2.    Defendant has discharged undersigned counsel from representing his interests in this matter.

        3.    Undersigned believes good cause exists for this Motion, wherein there are irreconcilable differences between Counsel and Defendant.  Counsel cannot effectively defend the Defendant without his willing participation.

        4.    Undersigned Counsel sent Defendant an email responding to Defendant's email discharging Undersigned, confirming that Undersigned has been discharged, informing Defendant of this Motion and strongly urging Defendant to obtain successor counsel as soon as possible.

        5.    Notification to the Defendant of Counsel's request is being given by mailing a copy of this Motion to Defendant via email and U.S. Postal Service First Class mail.  Notice to Defendant his hereby given that should this Court grant undersigned counsel's

request to withdraw, and until new counsel has entered an appearance or been appointed, Defendant will be personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. The Court has established the following deadlines:

    a.    Pretrial motions are due by March 26, 2020;

    b.    Responses to pretrial motions are due by April 9, 2020;

    c.    If an evidentiary hearing on motions is necessary, this hearing must be set by March 28, 2020;

    d.    Final Trial Preparation Conference/Change of Plea hearing is set for April 23, 2020 at 3:00 p.m .in Courtroom A602; and

    e.    Five (5) day jury trial is set to begin on May 4, 2020 at 8:00 a.m. in Courtroom A602 with jury selection scheduled for May 4, 2020 at 8:30 a.m.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting this Motion and allowing undersigned counsel to withdraw as counsel of record for Defendant.

Dated this 11th day of March, 2020.

Respectfully Submitted,

*/s/Sean R. Dingle*_____
Sean R. Dingle
*Attorney for Defendant Kurt Vasquez*
*1775 Sherman Street #1650*
*Denver CO 80203*
Telephone: 303-953-7425
sdingle@srd-legal.com

3

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** by electronically filing into the ECF system, this 11th day of March, 2020 to the U.S. Attorney's Office and via email to Defendant and via U.S.P.S., certified mail, return receipt requested, to Defendant's last known address.

s/Jeanne Z. Moore
Paralegal to Sean R. Dingle
