**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00067-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  KURT VASQUEZ**,

    Defendant**.**

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    Joseph Saint-Veltri, duly authorized to practice law in the State and District of Colorado, hereby enters his appearance as counsel of record for Defendant Kurt Vasquez in this case.

    Respectfully submitted:

    s/ Joseph Saint-Veltri_____
    Joseph Saint-Veltri
    Attorney at Law
    1290 Williams Street, Suite 202
    Denver, CO 80218
    Tel: (303) 356-4438
    Email: jsvlawoffice@gmail.com
    Attorney for Defendant Kurt Vasquez

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2020, I electronically filed this *Notice of Entry of Appearance* with the Clerk of Court using the ECF system which will send notice of this filing to the email addresses of all counsel of record.

    s/ Joseph Saint-Veltri_____
    Joseph Saint-Veltri