IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00067-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KURT VASQUEZ,

      Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR "ENDS OF JUSTICE" CONTINUANCE PURSUANT TO 18 U.S.C. § 3161(H)(7)(A) AND TO VACATE CURRENT DEADLINES, HEARINGS, AND TRIAL DATES**

---

      This matter is before the Court on Defendant Kurt Vasquez's Unopposed Motion for "Ends of Justice" Continuance Pursuant to 18 U.S.C. § 3161(h)(7)(A) and to Vacate Current Deadlines, Hearings, and Trial Dates (Doc. # 21). The Court has reviewed the Motion, the case file, and the reasons set forth in the Motion, specifically:

- The Court recently accepted defense counsel's appearance on behalf of Mr. Vasquez and granted Mr. Vasquez's former counsel's Motion to Withdraw (*id.* at 3, ¶¶ 8–9); *see also* (Doc. ## 19–20);

- Defense counsel needs additional time to review and analyze voluminous discovery (44,000 pages) with Mr. Vasquez (Doc. # 21 at 3–4, ¶ 14);

- Because thousands of pages of this discovery include protected health information, defense counsel needs additional time to arrange in-person meetings with Mr. Vasquez so that he can review this material, which includes individual patient records (*id.*);

- Given Colorado state and local governments' "Stay at Home" measures and Chief Judge Brimmer's General Order 2020-3 in response to the COVID-19 pandemic, defense counsel has endured difficulties in seeking to schedule in-person meetings with Mr. Vasquez to review discovery and discuss the case (*id.* at 3, ¶ 13, 4, ¶¶ 14, 4–5, ¶¶ 18–19);

- Defense counsel also needs additional time to meaningfully advise Mr. Vasquez of trial procedures, negotiation, and plea and sentencing, and to adequately prepare a defense with Mr. Vasquez (*id.* at 4, ¶ 17);

- The instant case presents complex legal and factual issues that may require expert witnesses and testimony (*id.* at 4, ¶ 16); and

- The Government does not oppose the Motion (*id.* at 1, ¶ 1).

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and Mr. Vasquez in a speedy trial. It is, therefore,

ORDERED that Defendant Kurt Vasquez's Unopposed Motion for "Ends of Justice" Continuance Pursuant to 18 U.S.C. § 3161(h)(7)(A) and to Vacate Current Deadlines, Hearings, and Trial Dates (Doc. # 21) is GRANTED and the Court hereby grants an ends of justice continuance in this case for <u>90 days, which shall be excluded from the speedy trial clock, which currently stands at **June 4, 2020**</u>. It is

FURTHER ORDERED that pretrial motions are due by **July 1, 2020**. Responses are due by **July 15, 2020**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendants and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **April 23, 2020**, is VACATED and RESET to **July 30, 2020, at 3:00 PM**. It is

FURTHER ORDERED **that the five-day** jury trial set to begin on **May 4, 2020**, is VACATED and RESET to **August 10, 2020, at 8:30 AM**, with trial dates from **August 11, 2020 to August 14, 2020**, commencing at **8:00 AM**. It is

FURTHER ORDERED that, upon issuance of this Order, the speedy trial clock shall stand at **September 2, 2020**.

DATED: April 7, 2020

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge