# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00067-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. KURT VASQUEZ**,

    Defendant.

---

## NOTICE OF DISPOSITION

---

**KURT VASQUEZ**, by his lawyer Joseph Saint-Veltri, hereby notifies this Honorable Court that the parties have reached a disposition which involves a plea of guilty to Count Three of the Indictment. Mr. Vasquez requests the matter be set for a Change of Plea hearing.

    Respectfully submitted:

    s/ Joseph Saint-Veltri_____
    Joseph Saint-Veltri
    Attorney at Law
    1290 Williams Street, Suite 202
    Denver, CO 80218
    Tel: (303) 356-4438
    Email: jsvlawoffice@gmail.com
    Attorney for Defendant Kurt Vasquez

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2020 I electronically filed this *Notice of Disposition* with the Clerk of the Court using the ECF system which will send notice of this filing to the email addresses of all counsel of record.

    s/ Joseph Saint-Veltri_____
    Joseph Saint-Veltri