# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00067-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURT VASQUEZ,

    Defendant.

---

## ORDER TO SURRENDER IN LIEU OF
## TRANSPORTATION BY THE UNITED STATES MARSHAL

---

    IT IS ORDERED that the Defendant, Kurt Vasquez, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at FCI Englewood SCP, 9595 West Quincy Avenue, located in Littleton, Colorado, before 12:00p.m. on Thursday, October 07, 2021, and will travel at his own expense.

    DATED:  September 29, 2021

                                           BY THE COURT:

                                           _____
                                           CHRISTINE M. ARGUELLO
                                           United States District Judge